834

No. 85–6928.  CLARK *v.* BRUCE, SHERIFF, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–6929.  MUZA *v.* MUZA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–6934.  SALMAN *v.* ONE THIRTY-THREE, INC., DBA ONSLOW HOTEL/CASINO, ET AL.  Sup. Ct. Nev.  Certiorari denied.

No. 85–6937.  MAY *v.* INTERNATIONAL BUSINESS ASSOCIATES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–6939.  RANKIN *v.* RICE, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–6940.  LEE *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 85–6941.  BASALYGA *v.* PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.

No. 85–6942.  GAMBRELL *v.* FORD MOTOR CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–6944.  CLARK *v.* MAGGIO, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 85–6945.  ESPEY *v.* WAINWRIGHT, SECRETARY, FLORDIA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 85–6946.  DANIELS *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 85–6949.  DOSS *v.* REID ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 85–6951.  WELLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 85–6953.  THOMAS *v.* UNITED STATES MARSHAL, LEXINGTON, KENTUCKY, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–6955.  TERRELL *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.